IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MALIA LARGEY, | ) | CIVIL NO. 08-00471 HG-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING MAGISTRATE'S |
| vs. | ) | FINDINGS AND RECOMMENDATION |
| | ) | (DOC. 32) TO DENY DEFENDANT'S |
| TRIWEST HEALTHCARE ALLIANCE | ) | MOTION TO DISMISS COMPLAINT |
| CORPORATION, DOE INDIVIDUALS | ) | (DOC. 16) |
| 1-10, AND DOE ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |

**ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION (DOC. 32) TO DENY
DEFENDANT'S MOTION TO DISMISS COMPLAINT (DOC. 16)**

Findings and Recommendation (Doc. 32) having been filed and served on all parties on July 20, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 32) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 8, 2009.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge